| | |
|---|---|
| **Subject:** | Status on EEOC Charge |
| **Date:** | Monday, April 25, 2022 at 7:32:03 PM Central Daylight Time |
| **From:** | Gia Scatchell <gia@dispartilaw.com> |
| **To:** | chicagoeeoc@eeoc.gov <chicagoeeoc@eeoc.gov>, Yolanda McDonald <yolim0651@att.net> |
| **Attachments:** | McDonald IDHR finding Notice 01 25 2022.pdf |

Hello,

My client filed a pro se Illinois Department of Human Rights Claim that was cross-filed with your office. IDHR Charge No. 2021-CA-1505 and EEOC Charge No. 21 BA 10730. The IDHR issued her a Right to Sue letter on January 25, 2022. If she has not previously requested her right to sue, can you please issue her a right to sue letter.

Thank you,

Gianna Scatchell


**Gianna R. Scatchell, ESQ.**
Labor and Employment Attorney

--

# DISPARTI Law Group

**P:** (312) 506-5511 ext. 330
**F:** (312) 846-6363
121 W. Wacker Dr., Suite 2300
Chicago, Illinois 60601
**E:** gia@dispartilaw.com
www.DispartiLaw.com

Confidentiality Notice:
This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at gia@dispartilaw.com.