

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S. Dearborn Street
Chicago, Illinois 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/17/2022

**To:** Yolanda McDonald
c/o Michael I. Leonard, Esq.
Leonard Trial Lawyers, LLC
120 N. LaSalle Street, 20th Floor
Chicago, IL 60602

**Charge No: 21B-2021-00730**

| EEOC Representative and email: | Sherice Galloway
Acting Coordinator / State, Local & Tribal
sherice.galloway@eeoc.gov |

## DETERMINATION OF CHARGE

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 21B-2021-00730.

On Behalf of the Commission:

Digitally Signed By:Julianne Bowman
08/17/2022

Julianne Bowman
District Director

**Cc:**

COOK COUNTY CLERK'S OFFICE
c/o James Gieffe
118 N. Clark Street, Room 230
Chicago, IL 60602