## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Yolanda McDonald
                              Plaintiff,

v.                                                               Case No.: 1:22−cv−02143
                                                                 Honorable Lindsay C. Jenkins

Karen A Yarbrough, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 31, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: For the reasons set forth in the Memorandum Opinion and Order, Defendants' motion to dismiss [9] is granted in part and denied in part. The Court dismisses Defendant Karen Yarbrough in her official capacity from Count I and dismisses Defendants Lauren Raymond and Karen Yarbrough in their individual capacities from Counts II and III. The Court dismisses portions of Count I as further discussed in the order, but grants Plaintiff leave to amend her complaint. The amended complaint must be filed on or before April 21, 2023. Defendants shall file an answer by May 5, 2023. The matter is set for an in−person status hearing in Courtroom 2119 on May 18, 2023, at 9:00 a.m. The parties shall file an initial status using the form on the Court's webpage on or before May 11, 2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.