UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Yolanda McDonald
        Plaintiff,

v.                 Case No.: 1:22−cv−02143
                Honorable Lindsay C. Jenkins

Karen A Yarbrough, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 8, 2023:

  MINUTE entry before the Honorable Lindsay C. Jenkins: Status hearing held and continued to Spetember 7, 2023 at 9:00 a.m. in Courtroom 2119. Motion to dismiss [29] is entered and continued. Plaintiff shall respond by July 11, 2023; Defendant shall reply by July 25, 2023. Rule 26(a)(1) disclosures shall be served by July 28, 2023. Initial written discovery requests shall be served by July 28, 2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.