## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yolanda McDonald
                      Plaintiff,

v.                                        Case No.: 1:22−cv−02143
                                                        Honorable Lindsay C. Jenkins

Karen A Yarbrough, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 11, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: For the reasons stated in the Order issued today, Defendant's Motion to Dismiss [29] is granted in part and denied in part. Plaintiff's First Amendment Retaliation claim (Count I) is limited to her complaints of suspected misconduct to the OIG. Plaintiff's Illinois Whistleblower Act claim (Count V) may proceed against the employer Defendant Cook County, but is dismissed as to the Individual Defendants Yarborough and Raymond. The motion is otherwise denied. The parties are directed to jointly propose a written case management plan by September 25, 2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.